MARTHA A. MARSHALL *v.* J. J. ROACH.

**Husband and Wife.**

Separate estate of wife, not liable for debts of her husband. 2 Bush 413. Second judgment reversed.

**Same—Sales—Personal Property.**

Where a transfer of bank stock made before creation of debts of husband, though final payment of all purchase money not made until after such debts, the sale will not be set aside as fraudulent.

APPEAL FROM TAYLOR CIRCUIT COURT.

October 13, 1870.

OPINION OF THE COURT BY JUDGE PETERS:

The tract of land conveyed by Penick and wife to appellant, M. A. Marshall, as was adjudged by this court in *Marshall, &c. vs. Marshall & Penick, 2 Bush 413* was the property of Mrs. Marshall, and not liable to her husband's debts, and which by the judgment in this case now complained of was ordered to be

sold to pay appellee's demands, that judgment for the reasons stated in the case referred to is erroneous.

As to the bank stock—Barrett proves it was purchased and the transfers were made in the spring of 1859, which was prior to the creation of all the debts sought to be recovered by appellee except the one for $124.65, and that as appears by the credits entered was nearly all paid, not five dollars of it was unpaid when this suit was brought—even then if there was no other objection to the judgment—appellee having become the creditor of the husband after the transfer of the stock to the wife, has not established his right to set aside said transfer and subject said stock to the payment of his demands—and the court below erred in so adjudging.

Wherefore the judgment is *reversed* and the cause is remanded with directions to dismiss appellee's petition as to appellant, Martha A. Marshall, and for further proceedings consistent herewith.

*James & Lindsey, for appellant.*
*Bodman, for appellee.*